UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRANDON LEE SCHIEFEL,

        Plaintiff,

v.

UNKNOWN BARTON, et al.,

        Defendants.
_____/

Case No. 1:22-cv-1216

Honorable Phillip J. Green

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Barber and Hooson be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: February 7, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge