UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON SCHIEFEL #495212,

    Plaintiff,

                                      NO. 1:22-cv-1216

v

                                      MAG. PHILLIP J. GREEN

C/O EVAN BARTON, *et al.*,

    Defendants.

_____

Brandon Schiefel #495212
*In Pro Per*
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811-9746

James E. Keathley (P77488)
Alicia Lane (P62872)
Assistant Attorney General
Attorney for MDOC Defendant Barton
Michigan Dept of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

_____/

**SUBSTITUTED APPEARANCE OF COUNSEL**

    Please enter the substituted appearance of James E. Keathley (P77488), Assistant Attorney General for the State of Michigan, in place and stead of Alicia Lane (P62872) as counsel for **MDOC Defendant Evan Barton** in the above cause.

I also request a withdrawal of Alicia Lane (P62872) from this case.

                                    Respectfully submitted,

                                    */s/James Keathley*
                                    James Keathley (P77488)
                                    Assistant Attorney General
                                    Attorney for MDOC Defendant
                                    Corrections Division
                                    keathleyj@michigan.gov
                                    P77488

Dated: April 1, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and placed same in U.S. mail to the following non-ECF participant:

Brandon Schiefel #495212
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811-9746

                                                                                  */s/James Keathley*
                                                                               James Keathley (P77488)
                                                                               Assistant Attorney General
                                                                               Attorney for MDOC Defendant
                                                                               Corrections Division