UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON SCHIEFEL #495212,

    Plaintiff,

v

C/O EVAN BARTON, *et al.*,

    Defendants.

NO. 1:22-cv-1216

MAG. PHILLIP J. GREEN

---

Brandon Schiefel #495212
*In Pro Per*
Bellamy Creek Correctional Facility
1727 W Bluewater Hwy
Ionia, MI 48846
*Current address per OTIS*

James E. Keathley (P77488)
Assistant Attorney General
Attorney for MDOC Defendant Barton
Michigan Dept of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055

---

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Evan Barton, by counsel, brings this motion under Fed. R. Civ. P. 56(a) and respectfully requests this Court dismiss all claims against him for the reasons set forth in the accompanying brief.  Under Local Rule 7.1 (d), undersigned counsel certifies that he inquired of Plaintiff whether Plaintiff intends to oppose this motion and ascertained that Plaintiff intended to oppose this motion.

    Respectfully submitted,

    */s/James Keathley*
    James Keathley (P77488)
    Assistant Attorney General
    Attorney for MDOC Defendant
    Corrections Division

Dated: September 26, 2024    keathleyj@michigan.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on September 26, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and placed same in U.S. mail to the following non-ECF participant:

Brandon Schiefel #495212  
Bellamy Creek Correctional Facility  
1727 W Bluewater Hwy  
Ionia, MI 48846

                                             */s/James Keathley*  
                                           James Keathley (P77488)  
                                           Assistant Attorney General  
                                           Attorney for MDOC Defendant  
                                           Corrections Division