# Defendant's Exhibit E

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C     Page 1 of 16

CAJ-570

| | | | |
|---|---|---|---|
| Institution: | Carson City | Type of Incident: | Use of Force |
| Incident Number: | DRF-66-2021-C | Category: | Prisoner |
| Security Level: | I, II, IV | Level of Prisoner(s) Involved: | IV |
| Incident Date: | 3 /24/2021 | Main Location: | Housing |
| Time: | 19:02 | Specific Location: | 1200 unit cell 18 |
| Shift: | 2nd | | |

*Deputy Warden James Schiebner*

While making a round in 1200 unit Corrections Officer Evan Barton heard loud thuds in cell 12-18. When Officer Barton looked in cell 12-18 he observed prisoners Brandon Schiefel 495212 and Robert Taylor 799443 inside the cell fighting. Officer Barton called for staff assistance via his mobile radio. Officer Barton keyed the cell door open and gave loud verbal commands to stop fighting. The prisoners ignored the orders. Officer Barton drew his Electronic Control Device (ECD) #62 and deployed one cartridge toward the prisoners as they were rolling on the ground punching one another in the head and body. One of the ECD probes struck prisoner Schiefel in the back of the head and the other probe struck prisoner Taylor in the right shin. The ECD deployment was effective. Both prisoners immediately stopped fighting and followed staff direction.

Corrections Officer John Dill, Hunter Tobey, and Taylor Morse all responded. Officer Dill placed prisoner Taylor into handcuffs. Officer Morse and Corrections Officer Cody Fidler escorted prisoner Taylor to Segregation.

Officer Tobey placed prisoner Schiefel into handcuffs. Corrections Officers Erik Schafer and Richard Tank escorted prisoner Schiefel to Segregation.

Once in Segregation both prisoners were evaluated by Registered Nurse Reuben Babbitt. RN Babbitt removed ECD probes from both prisoners. Neither prisoner had any injuries.

Both prisoners were interviewed. They stated that the fight stemmed from a previous altercation they had while locking in another unit together. The two prisoners were new cell mates as of today, 3/24/2021.

Both prisoners were issued misconducts for Fighting. Schiefel was placed in 1200 unit on Non-Bond Confined to Cell status. Prisoner Taylor was placed in 500 unit on Non-Bond Confined to Cell status.

No prisoner or staff injuries were observed.

ECD and facility video were downloaded.

Universal precautions were used.

MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C    Page 2 of 16

# Critical Incident Report

CAJ-570

## Death
- [ ] Homicide
- [ ] Suicide
- [ ] Drug Overdose
- [ ] Natural Causes
- [ ] Accidental

Other Death:

## Self Injury
- [ ] Attempted Drug Overdose
- [ ] Cutting
- [ ] Hanging

Other Self Injury

## Disturbance
- [ ] Riot/Strike/Demonstration
- [ ] Attmp Riot/Strike/Demonstratio
- [ ] Hostage Taking
- [ ] Attmpt Hostage Taking

## Escape
- [ ] Escape                    0
- [ ] Attempt Escape       0

## Offender Control
- [x] Staff Use of Force

## Medical Emergency
- [ ] Staff Medical Emergency
- [ ] Prisoner Medical Emergency

Escaped From

## Major Physical
- [ ] Security System
- [ ] Electrical
- [ ] Heat
- [ ] Water, Sewage
- [ ] Structural
- [ ] Fire

Other

## Miscellaneous
- [ ] Fire, Explosion, Natural Disaster
- [ ] Accident
- [ ] Staff w/Misdemeanor
- [ ] Staff w/Felony
- [ ] Civilian w/Misdemeanor
- [ ] Civilian w/Felony
- [x] ECD Used
- [ ] PCA Used

Other:

## Sexual Misconduct
- [ ] Inmate on Inmate Non-Consensual
- [ ] Inmate on Inmate Abusive Sexual Contact
- [ ] Staff Sexual Misconduct
- [ ] Staff Sexual Harassment

## Assault

| | Victim | | Perpetrator | |
|---|---|---|---|---|
| Staff | [ ] | 0 | [ ] Staff | 0 |
| Offender | [ ] | 0 | [ ] Offender | 0 |
| Vis/Civilian | [ ] | 0 | [ ] Vis/Civilian | 0 |
| | | | [ ] Weapon Used | |
| | | | [ ] Under18 | |

## Contraband
- [ ] Cell Phone
- [ ] Narcotics
- [ ] Weapon

## Referrd To
- [x] Facility Inspector
- [ ] BHCS Medical
- [ ] Mental Health
- [ ] Internal Affairs
- [ ] MSP

## Action Taken
- [ ] Command/Order
- [ ] Contraband Confiscated
- [ ] Fire Control Procedure
- [ ] Firearm Drawn
- [ ] Firearm Discharged
- [ ] Chemical Agent Used
- [ ] Restraints Used
- [x] Shakedown/Search
- [ ] Suicide Implements Taken
- [x] Supervisor Notified

- [ ] Gun Squad Dressed
- [ ] Emergency Count
- [ ] Emergency Mobilization
- [x] Offender Interviewed
- [x] Custodial Assistance
- [x] Medical Asst. Facility
- [ ] Medical Asst. Civilian Hosp.
- [ ] Crime Screen Secured
- [ ] ERT Acivation
- [ ] ERT Deployed
- [ ] Hazardous Weather

Other Action:

## Offender Placed In
- [ ] Segregation
- [ ] Holding Cell
- [ ] Direct Observation
- [ ] Psychiatric Unit
- [ ] Facility Hospital
- [ ] Civilian Hospital Admitted
- [x] Own cell/Room/Dorm

## Final Disposition
- [ ] Count Taken Housing Unit
- [ ] Employee to Civilian Hosp.
- [ ] Contraband / Evidence Box
- [ ] Offender into Custody
- [ ] Recommend Invest. Employee
- [x] Offender Transferred
- [x] Misconduct Written
- [ ] Media Attention Occurred

Other Final Disposition

## Cause / Contributing Factors
- [ ] Sexual Behavior - Aggressive/Predatory
- [ ] Sexual Behavior - Passive Consensual
- [ ] Racial Conflict
- [x] Offender/Offender Conflict
- [ ] Offender Staff/Conflict
- [ ] Offender Reaction to Disciplinary Action

- [ ] Offender Reaction Parole Board Decision
- [ ] Offender Extortion/Strong-arming
- [ ] External Factors
- [ ] None Apparent
- [ ] Cell Mate
- [ ] Other

Other Cause:

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C    Page 3 of 16

CAJ-570

## Offender

| | | | |
|---|---|---|---|
| Number: 495212 | | STG  Statement  Predator | Restraints |
| Last Name: SCHIEFEL | | ☐      ☐      ☐ | 1 Handcuffs |
| First Name: BRANDON | | Commitment Date: 4/18/2019 1:38:00 PM | 2 |
| Role in Incident: | | P.B. Jurisdiction Date: 9/5/2023 | 3 |
| Lock: 1200-018T | | Maximum Date: 9/5/2028 | 4 |
| Date of Birth: 5/3/1994 | | Confinement Level: 1 | 5 |
| Race: Black or African | | Management Level: 4 | |
| Gender: Male | | Crime Code: Weapons- Firearm, Discharge Toward a Building | |
| Religion: | | | |
| Assaulted: ☐ | | Misconduct | |
| Assault Category: | | 1 014* Fighting | |
| Review Electronic Messages: ☐ | | 2 | |
| Review Phone Calls: ☐ | | 3 | |

STG Information:

| | | | |
|---|---|---|---|
| Number: 799443 | | STG  Statement  Predator | Restraints |
| Last Name: TAYLOR | | ☐      ☐      ☐ | 1 Handcuffs |
| First Name: ROBERT | | Commitment Date: 1/4/2019 1:05:42 PM | 2 |
| Role in Incident: | | P.B. Jurisdiction Date: 2/21/2023 | 3 |
| Lock: Detention-016 | | Maximum Date: 7/21/2027 | 4 |
| Date of Birth: 10/7/1992 | | Confinement Level: 2 | 5 |
| Race: White | | Management Level: 4 | |
| Gender: Male | | Crime Code: Larceny from the Person | |
| Religion: Native America | | | |
| Assaulted: ☐ | | Misconduct | |
| Assault Category: | | 1 014* Fighting | |
| Review Electronic Messages: ☐ | | 2 | |
| Review Phone Calls: ☐ | | 3 | |

STG Information:

## Staff

| HRMN | Last Name | First Name | Job Classification | Assault Category | Statement |
|---|---|---|---|---|---|
| 1161312 | BABBITT | REUBEN | Registered Nurse | | ☑ |
| 1160318 | BARTON | EVAN | Corrections Officer | | ☑ |
| 1159445 | DILL | JOHN | Corrections Officer | | ☑ |
| 1143686 | FIDLER | CODY | Corrections Officer | | ☑ |
| 1145897 | MORSE | TAYLOR | Corrections Officer | | ☑ |
| 1138295 | SCHAFER | ERIK | Corrections Officer | | ☑ |

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C          Page 4 of 16

CAJ-570

## Staff

| HRMN | Last Name | First Name | Job Classification | Assault Category | Statement |
|------|-----------|------------|--------------------|------------------|-----------|
| 1151765 | TANK | RICHARD | Corrections Officer | | ☑ |
| 1153116 | TOBEY | HUNTER | Corrections Officer | | ☑ |

## Author

| HRMN | Last Name | First Name | Position | Date | Time |
|------|-----------|------------|----------|------|------|
| 1062998 | ADAM | DEWALD | Captain | 3/24/2021 | 19:43 |

Signature: _____    Date: 3/24/21

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C       Page 5 of 16

CAJ-570

## Documents



### BIOGRAPHICAL INFORMATION



**BRANDON LEE SCHIEFEL**
Image Date:                                          4/18/2019

| | |
|---|---|
| MDOC Number: | **495212** |
| SID Number: | **2417516X** |
| Name: | **BRANDON LEE SCHIEFEL** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **5' 10"** |
| Weight: | **165 lbs.** |
| Date of Birth: | **05/03/1994 (26)** |

### MDOC STATUS

Current Status:             Prisoner
Assigned Location:          Carson City Correctional Facility
Security Level:             IV

Earliest Release Date:          09/05/2023
Maximum Discharge Date:         09/05/2028

### MARKS, SCARS & TATTOOS

Tattoo- Arm

Tattoo- Bicep

Tattoo- Chest

Tattoo- Neck

Tattoo- Shoulder

### ALIASES

None

### PRISON SENTENCES

#### ACTIVE

Sentence 1
Offense:              Weapons- Firearm, Discharge Toward       Minimum Sentence:        5 years 0 months 0 days
                      a Building
MCL#:                 750.234B                                 Maximum Sentence:        10 years 0 months
Court File#:          18057369-FC-M                            Date of Offense:         08/28/2018
County:               Marquette                                Date of Sentence:        04/18/2019
Conviction Type:      Plea

#### INACTIVE

None

### PROBATION SENTENCES

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C          Page 6 of 16

CAJ-570

**ACTIVE**

None

**INACTIVE**

None

**SUPERVISION CONDITIONS**

None

Copyright © 2001-2021 State of Michigan

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C       Page 7 of 16

CAJ-570



Michigan.gov Home      Contact MDOC    OTIS Help   |   MDOC's Most Wanted   |   Glossary   |   Disclaimer   |   MDOC Home

## BIOGRAPHICAL INFORMATION



**ROBERT LEE TAYLOR**

Image Date:                                          1/4/2019

| | |
|---|---|
| MDOC Number: | **709443** |
| SID Number: | **4093387P** |
| Name: | **ROBERT LEE TAYLOR** |
| Racial Identification: | **White** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **5' 7"** |
| Weight: | **195 lbs.** |
| Date of Birth: | **10/07/1992  (28)** |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 02/21/2023 |
| Assigned Location: | Carson City Correctional Facility | Maximum Discharge Date: | 07/21/2027 |
| Security Level: | IV | | |

## ALIASES

None

## MARKS, SCARS & TATTOOS

Scar- Lower Right Calf - Large scar - outside of right calf.

## PRISON SENTENCES

### ACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Weapons - Carrying Concealed | Minimum Sentence: | 3 years 4 months 0 days |
| MCL#: | 750.227 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 1718673-FC | Date of Offense: | 07/23/2017 |
| County: | Lenawee | Date of Sentence: | 01/03/2019 |
| Conviction Type: | Plea | | |

#### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Carry Weapon w/Unlawful Intent | Minimum Sentence: | 3 years 4 months 0 days |
| MCL#: | 750.226 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 1718673-FC | Date of Offense: | 07/23/2017 |
| County: | Lenawee | Date of Sentence: | 01/03/2019 |
| Conviction Type: | Plea | | |

#### Sentence 3

| | | | |
|---|---|---|---|
| Offense: | Larceny from the Person | Minimum Sentence: | 5 years 7 months 0 days |
| MCL#: | 750.357 | Maximum Sentence: | 10 years 0 months |
| Court File#: | 1718673-FC | Date of Offense: | 07/23/2017 |
| County: | Lenawee | Date of Sentence: | 01/03/2019 |
| Conviction Type: | Plea | | |

### INACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Home Invasion - 2nd Degree | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.110A3 | Maximum Sentence: | 15 years 0 months |

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C    Page 8 of 16

CAJ-570

| Court File#: | 1115149-FH | Date of Offense: | 11/06/2010 |
| County: | Lenawee | Date of Sentence: | 04/21/2011 |
| Conviction Type: | Plea | Discharge Date: | 07/07/2017 |

| Discharge Reason: | Offender Discharge | | |

### Sentence 2

| Offense: | Home Invasion - 2nd Degree | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.110A3 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 1115148-FH | Date of Offense: | 11/06/2010 |
| County: | Lenawee | Date of Sentence: | 04/21/2011 |
| Conviction Type: | Plea | Discharge Date: | 07/07/2017 |

| Discharge Reason: | Offender Discharge | | |

### Sentence 3

| Offense: | Home Invasion - 2nd Degree | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.110A3 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 1115147-FH | Date of Offense: | 07/31/2010 |
| County: | Lenawee | Date of Sentence: | 04/21/2011 |
| Conviction Type: | Plea | Discharge Date: | 07/07/2017 |

| Discharge Reason: | Offender Discharge | | |

## PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

None

## SUPERVISION CONDITIONS

None

Copyright © 2001-2021 State of Michigan

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report



MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

149

Date 3-24-20   Shift 2^   Unit/Area 9C   Count 2173

M02   Rg Inmat: Schierd # 495212 from 12-18 1 to
5-71 B  Re fighting with inmat Taylor # 769443
12-18  Nurse Babb, H   notifyed

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report



LOG BOOK # 757
Location 1200 Unit
DATES from_____ to_____
Destroy: _____

MICHIGAN DEPARTMENT OF CORRECTIONS                    DRF-66-2021-C        Page 12 of 16

# Critical Incident Report                                                CAJ-570



1904 | [E.H.] Prisoner [illegible] [illegible] #465212 and Prisoner Taylor 799413 in
Cell 18 taken to see ICO [illegible]

MICHIGAN DEPARTMENT OF CORRECTIONS                    DRF-66-2021-C    Page 13 of 16
# Critical Incident Report
CAJ-570

MICHIGAN DEPARTMENT OF CORRECTIONS                                      CSJ-228
## MISCONDUCT REPORT                                          10/10    4835-3228

| Prisoner Number: | Prisoner Name: | | | |
| 495212 | Schiefel | Facility Code: | Lock: | Violation Date: |
| | | DRF | 12-18T | 03/24/2021 |

| Time and Place of Violation: | Contraband Removal Record Provided to Prisoner? | |
| 1904 1200 Unit Cell 18 | ☐ Yes   Date | ☒ N/A |

Misconduct Class:  ☒ I  ☐ II  ☐ III    Charge(s): Fighting

Describe Violation  (If contraband involved, describe in detail, identify any other employee witnesses):

At the above date and approximate time I observed prisoner Schiefel #495212 and prisoner Taylor #799443 in 1200 cell 18 fighting. I observed prisoner Schiefel and Taylor throwing closed fist at each others head and neck area. I gave loud verbal commands to stop fighting. At this time they did not. I deployed taser 62 at which time both prisoners stopped fighting and complied. Prisoners did not have staff authorization to be fighting.

Prisoner ID by OTIS and 200 unit Count Board

| Reporting Staff Member's Name (Print) | Reporting Staff Member's Signature | Date and Time Written |
| Barton 1160318 | Barton | 03/24/2017 2021    2021/155 |

### REVIEW

Location/Verification/Condition of Evidence:

Elevated to Class I at review:    If "yes", explain reason.
☐ No  ☐ Yes

### COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

| Status Pending Hearing: | ☐ Bond | ☒ Segregation | ☒ Confinement to Cell/Room | ☐ Other |
| Reason if Non-Bond: | ☒ Non-Bond List | ☐ Bond Revoked (must give reason) | | |

| Date and Time Given this Status: | Who Notified in Housing Unit of Status: |
| 3-24-21 2021 | 40  TOBEY |

| Hearing Investigator Requested? ☒ No  ☐ Yes | Witnesses Requested? ☒ No  ☐ Yes |
| | If yes, list |

| Relevant Documents Requested? ☒ No  ☐ Yes | |
| If yes, list | |

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing? ☐ No  ☐ Yes |
| | Hearing Date: 3-26-4 |

| Reviewing Officer's Name (Print) | Reviewing Officer's Signature | Review Date and Time |
| SGT  BANDEH | B | 3-24-21  1056 |

| I have received a copy of this report.  My signature does not necessarily mean that I agree with the report. | Prisoner's Signature | Date |
| ☒  Prisoner refused to sign.  Copy given to prisoner. | Refused | 3-24-21 |

### WAIVER OF CLASS II OR III HEARING

| I understand I have a right to a hearing.  I waive my right to a hearing and plead guilty to all charges.  I also waive my | Prisoner's Signature | Date |

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C          Page 14 of 16

CAJ-570

---

MICHIGAN DEPARTMENT OF CORRECTIONS
## MISCONDUCT REPORT

CSJ-228
10/10    4835-3228

| Prisoner Number: 799443 | Prisoner Name: Taylor | | Facility Code: DRF | Lock: 12-18B | Violation Date: 03/24/2021 |
|---|---|---|---|---|---|
| Time and Place of Violation: 1904 1200 Unit Cell 18 | | Contraband Removal Record Provided to Prisoner? ☐ Yes   Date | | | ☒ N/A |

Misconduct Class: ☒ I  ☐ II  ☐ III      Charge(s): Fighting

Describe Violation  (If contraband involved, describe in detail; identify any other employee witnesses):
At the above date and approximate time I observed prisoner Schiefel #495212 and prisoner Taylor #799443 in 1200 cell 18 fighting. I observed prisoner Schiefel and Taylor throwing closed fist at each others head and neck area. I gave loud verbal commands to stop fighting. At this time they did not. I deployed taser 62 at which time both prisoners stopped fighting and complied. Prisoners did not have staff authorization to be fighting.

Prisoner ID by OTIS and 1200 Unit Count Board

| Reporting Staff Member's Name (Print) Barton 1160318 | Reporting Staff Member's Signature | Date and Time Written 03/24/2019- 2021 2018 |
|---|---|---|

## REVIEW

Location/Verification/Condition of Evidence:

Elevated to Class I at review:      If 'yes', explain reason:
☐ No  ☐ Yes

### COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

| Status Pending Hearing: Reason if Non-Bond: | ☐ Bond ☒ Non-Bond List | ☒ Segregation ☐ Bond Revoked (must give reason) | ☒ Confinement to Cell/Room | ☐ Other |
|---|---|---|---|---|

| Date and Time Given this Status: 2035 2045 | Who Notified in Housing Unit of Status: C/O  OLMSTEAD |
|---|---|

| Hearing Investigator Requested?  ☐ No  ☒ Yes | Witnesses Requested?  ☒ No  ☐ Yes If yes, list: |
|---|---|
| Relevant Documents Requested?  ☒ No  ☐ Yes If yes, list: | |

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing?  ☒ No  ☐ Yes Hearing Date: 3-20-0 |
|---|---|
| Reviewing Officer's Name (Print)  GT BANSE | Reviewing Officer's Signature | Review Date and Time 2044 3-24-21  2034 |
| I have received a copy of this report. My signature does not necessarily mean that I agree with the report. ☒  Prisoner refused to sign. Copy given to prisoner. | Prisoner's Signature  Refused | Date 3-24-21 |

## WAIVER OF CLASS II OR III HEARING

| I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my | Prisoner's Signature | Date |
|---|---|---|

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C      Page 15 of 16

CAJ-570

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER INJURY REPORT**

4835-3156
CSJ-156
REV. 05/19

| Prisoner Name Taylor | Number 799443 | Facility DRF | Lock 12T18 | Date 3/24/2021 | | Time 19:02 | ☐ AM ☒ PM |
|---|---|---|---|---|---|---|---|

| Location Where Injury Occurred 1200 unit cell 18 | During ☐ Free Time ☐ Recreation ☐ Work ☐ School ☒ Other |
|---|---|

NOTE This report is to include ALL INJURIES and must be completed at the time the injury occurs. All sections of the form must be completed. (Shift command is to be notified immediately, if there is indication that the injury is the result of a fight or assault.)

**Prisoner Section**

Statement of Injured Prisoner *(if possible)*
Refused to provide a statement

| Signature of Injured Prisoner *(if possible)* | N/A | Date 3/24/2021 |
|---|---|---|

**Reporting Staff/Assigned Supervisor Section**

| Cause of Injury | ☐ Accident  ☐ Self-Inflicted  ☒ Fight  ☐ Assault  ☐ Sexual Assault ☐ Other *(Explain)* |
|---|---|

Statement of Reporting Staff
*(Description of what occurred, and any treatment provided, attach additional pages if necessary)*
ECD Probe removed from right shin following a fight in 1200 unit that required ECD deployment.

1. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☒ Other
2. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☐ Other
Name(s) of Witnesses
*(Attach signed statements)*

Front Right Left    Back Left Right    Side Right    Side Left
Circle Location of Injury
*(if more than one, number each circled injury)*

| Name (Last, First) 1. 2. 3. | Employee/Prisoner ☐ / ☐ ☐ / ☐ ☐ / ☐ | Prisoner Number |
|---|---|---|

| Name of Reporting Staff (Print) Dewald, A | Title Capt. | Signature | Date 3/24/2021 |
|---|---|---|---|

**Health Care Section**

| Treatment Location ☐ Scene of Injury ☐ Health Care Services ☐ Hospital/Off-Site ☐ Other |
|---|

Description of Injuries and Treatment/Aid Administered  ☐ None Required  ☐ Prisoner Refused Medical Treatment
RN to Segregation to remove taser probe from inmate Taylor 799443. One probe located in inmates' right shin, was removed using universal precautions per MDOC. No obvious trauma to inmate right lower extremities.

| Name of MDOC Health Care Provider (Print) RN R. Babbitt | Title RN | Signature RN Babbitt | Date 3/24/2021 |
|---|---|---|---|

ATTACHMENTS    ☐ Injured Prisoner Statement  ☐ Staff Witness Statement(s)  ☐ Prisoner Witness Statement(s)  ☐ Misconduct Report
☐ Photograph(s)  ☐ Plan of Correction

DISTRIBUTION    *(Attach an additional copy to any completed Critical Incident Reports)*
☐ Warden/Administrator  ☐ Record Office  ☐ Health Services
☐ Assignment Supervisor (If injury occurred on assignment)
☐ Safety Committee (Except for recreational injuries, sports, fights, assaults, etc.

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C       Page 16 of 16

CAJ-570

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER INJURY REPORT**

4835-3156
CSJ-156
REV. 05/19

| Prisoner Name<br>Schiefel | Number<br>495212 | Facility<br>DRF | Lock<br>12-18 | Date<br>3/24/2021 | | Time<br>19:02 | ☐ AM<br>☒ PM |
|---|---|---|---|---|---|---|---|

| Location Where Injury Occurred<br>1200 unit cell 18 | During ☐ Free Time ☐ Recreation ☐ Work ☐ School ☒ Other |
|---|---|

**NOTE** This report is to include ALL INJURIES and must be completed at the time the injury occurs. All sections of the form must be completed. (Shift command is to be notified immediately, if there is indication that the injury is the result of a fight or assault.)

**Prisoner Section**

Statement of Injured Prisoner *(If possible)*
Refused to provide a statement

| Signature of Injured Prisoner *(If possible)* | N/A | Date 3/24/2021 |
|---|---|---|

**Reporting Staff/Assigned Supervisor Section**

| Cause of Injury | ☐ Accident ☐ Self-Inflicted ☒ Fight ☐ Assault ☐ Sexual Assault<br>☐ Other *(Explain)* |
|---|---|

Statement of Reporting Staff
*(Description of what occurred, and any treatment provided, attach additional pages if necessary)*
ECD Probe removed from back of head following a fight in 1200 unit.

1. ☐ Bruise ☐ Puncture ☐ Fracture ☐ Laceration ☒ Other
2. ☐ Bruise ☐ Puncture ☐ Fracture ☐ Laceration ☐ Other

Name(s) of Witnesses
*(Attach signed statements)*

Front Right Left   Back Left Right   Side Right   Side Left
Circle Location of Injury
*(If more than one, number each circled injury)*

| Name (Last, First) | | Employee/Prisoner | Prisoner Number |
|---|---|---|---|
| 1. | | ☐ / ☐ | |
| 2. | | ☐ / ☐ | |
| 3. | | ☐ / ☐ | |

| Name of Reporting Staff (Print)<br>Dewald, A | Title<br>Capt. | Signature | Date<br>3/24/2021 |
|---|---|---|---|

**Health Care Section**

| Treatment Location ☐ Scene of Injury ☐ Health Care Services ☐ Hospital/Off-Site ☒ Other  Seg. |
|---|

Description of Injuries and Treatment/Aid Administered ☐ None Required ☐ Prisoner Refused Medical Treatment
RN to Segregation to remove taser probe from inmate Schiefel 495212. One probe located in back of inmates head was removed using universal precautions per MDOC policy. No obvious trauma to back of inmate's head.

| Name of MDOC Health Care Provider (Print)<br>RN R. Babbitt | Title<br>RN | Signature<br>RN Babbitt | Date<br>3/24/2021 |
|---|---|---|---|

**ATTACHMENTS**  ☐ Injured Prisoner Statement ☐ Staff Witness Statement(s) ☐ Prisoner Witness Statement(s) ☐ Misconduct Report
☐ Photograph(s) ☐ Plan of Correction

**DISTRIBUTION**  (Attach an additional copy to any completed Critical Incident Reports)
☐ Warden/Administrator ☐ Record Office ☐ Health Services
☐ Assignment Supervisor (If injury occurred on assignment)
☐ Safety Committee (Except for recreational injuries, sports, fights, assaults, etc.

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: BABBITT

First Name: REUBEN

HRMN: 1161312

Job Classification: Registered Nurse

Report Date: 3 - 24 - 21

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

RN to Segregation to remove taser probe from inmate Schiefel 495212. One probe located in back of inmates head was removed using universal precautions per MDOC policy. No obvious trauma to back of inmate's head.

RN to Segregation to remove taser probe from inmate Taylor 799443. One probe located in inmates' right shin, was removed using universal precautions per MDOC policy. No obvious trauma to inmate right lower extremities.

### Description of Injuries

Reporting Participant Signature: _____   Date: 3-24-21

REUBEN BABBITT

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: BARTON

First Name: EVAN

HRMN: 1160318

Job Classification: Corrections Officer

Report Date: 3/24/2021

User Name: dewalda

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

**Incident Description**

At 1904 while passing mail on 1200 A-Upper. I observed Prisoner Schiefel #495212 and Prisoner Taylor #799443 exchanging closed fists to the head and neck area in cell 18. I opened cell 18 and gave loud verbal commands to stop fighting. At which neither prisoner complied. I then deployed ECD 62 and at which time both prisoners complied and stopped fighting. No prisoner or staff injuries were observed. Universal precautions were used.

**Description of Injuries**

Reporting Participant Signature: *Evan Barton*        Date: 3/24/2021

EVAN BARTON

MICHIGAN DEPARTMENT OF CORRECTIONS                                                CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name:  DILL                                    Incident Number:  DRF-66-2021-C

First Name:  JOHN                                   Date of Incident:  3 /24/2021

HRMN:  1159445                                             Time:  7:02:00 PM

Job Classification:  Corrections Officer         Location of Incident:  Housing

Report Date:  *3-24-21*

User Name:                                              Assault Category:

Employee Request to press charges  ☐              Assault Victim  ☐

### Incident Description

I responded to fight in 1200 A-upper cell 18.  When I got to the fight I had Prisoner Taylor #799443 get off the floor and exit the cell and cuffed him up.  Handed him off to two other officers to be escorted out.  Universal precautions were used as time permitted. I did not observe any staff injuries or prisoner injuries.

### Description of Injuries

Reporting Participant Signature:  _____     Date: *3-24-21*

JOHN DILL

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: FIDLER

First Name: CODY

HRMN: 1143686

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3/24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

## Incident Description

While responding to a fight called in 1200-unit A-Upper, I escorted inmate Taylor #799443 by his right arm to segregation where he was placed into the south segregation shower. Universal precautions were used, and no inmate or officer injuries were observed.

## Description of Injuries

Reporting Participant Signature: _C. Fidler_    Date: *3-24-21*

CODY FIDLER

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: MORSE

First Name: TAYLOR

HRMN: 1145897

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

I responded to 1200 after a fight was called and when I got there I helped escort prisoner Taylor #799443 to segregation south shower. Universal precautions were taken. No staff or prisoner injuries were witnessed.

### Description of Injuries

Reporting Participant Signature: *Taylor morse*    Date: *3-24-21*

TAYLOR MORSE

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: SCHAFER

First Name: ERIK

HRMN: 1138295

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

I responded to radio traffic for a fight in 1200 unit A-upper. Upon arriving in 1200 unit A-upper, I helped escort inmate Schiefel #495212 with officer Tank to segregation north shower with no incident.  Universal precautions were used at all times and no known injuries to staff or inmate.

### Description of Injuries

Reporting Participant Signature: *[signature]*    Date: *3-24-21*

ERIK SCHAFER

MICHIGAN DEPARTMENT OF CORRECTIONS                                                    CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: TANK                                 Incident Number: DRF-66-2021-C

First Name: RICHARD                             Date of Incident: 3 /24/2021

HRMN: 1151765                                   Time: 7:02:00 PM

Job Classification: Corrections Officer         Location of Incident: Housing

Report Date: 3/24/2021

User Name: dewalda

Employee Request to press charges ☐             Assault Category:

                                                Assault Victim ☐

**Incident Description**

I responded to a fight in 1200 unit. When I arrived I helped Officer Schafer escort prisoner Schiefel to segregation without incident. I used universal precautions. I did not observe any prisoner or staff injuries.

**Description of Injuries**

Reporting Participant Signature: _R.Tank_____   Date: 3/24/2021

                                 RICHARD TANK

MICHIGAN DEPARTMENT OF CORRECTIONS                                              CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: TOBEY

First Name: HUNTER

HRMN: 1153116

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

At approximately 1904 I responded to a fight called on A-upper in 1200 unit, Upon arriving to cell 18 I saw inmate Taylor #799443 and inmate Schiefel #495212 on the ground, I ordered inmate Schiefel to put his hands behind his back and then placed him in restraints. Inmate Schiefel was then escorted to segregation. No staff or prisoner injuries were observed.

### Description of Injuries

Reporting Participant Signature: _____    Date: *3-24-21*

HUNTER TOBEY