# Defendant's Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRANDON SCHIEFEL #495212,

    Plaintiff,

v

    NO. 1:22-cv-1216

C/O EVAN BARTON, *et al.*,

    MAG. PHILLIP J. GREEN

    Defendants.

---

Brandon Schiefel #495212
*In Pro Per*
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811-9746

James E. Keathley (P77488)
Assistant Attorney General
Attorney for MDOC Defendant Barton
Michigan Dept of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

---

## DECLARATION OF EVAN BARTON

I, John Dill, declare as follows:

1. I am a employee of the Michigan Department of Corrections (MDOC) and currently a Corrections Officer at the Carson City Correctional Facility (DRF), in Carson City, Michigan.

2. At the times relevant to this matter, I was employed by the MDOC as a Corrections Officer at DRF.

3. If sworn as a witness, I can testify competently to the facts contained within this Declaration.

4. I am familiar with the allegations made by Prisoner Brandon Schiefel in his complaint in this matter.

5. I was working at DRF on March 24, 2021 at the Officer Panel.

6. I witnessed CO Barton escort Prisoner Robert Taylor to cell, where prisoner Taylor had been assigned.

7. I did not witness CO Barton draw or in any way threaten either Schiefel or Taylor with his ECD.

8. After Taylor and Schiefel were placed together, and Officer Barton shut the door, the emergency light for cell 18 began to go off, indicating one of the prisoners was pressing the emergency button inside the cell.

9. I went to cell 18 with officer Barton to see what was going on.

10. Inmate Taylor was at the door and Inmate Schiefel was back aways by the bunks.

11. Prisoner Taylor stated he could not lock in that cell. When asked why he said they couldn't lock together.

12. Again, I asked why, and he said they previously did not get along.

13. I told them both to wait a minute I was going to make a call to Control Center to see if there was a problem and to see if there was an open bed to move one of them to.

14. Neither stated that he intended on fighting, nor did either state that he believed there would immediately be a fight.

15. I did not believe that a fight was imminent and was attempting to reasonably address the risk I perceived by inquiring about a different assignment for one of them.

16. At no point during this interaction did Officer Barton state "it looks like it's working if you ain't fighting."

17. I returned to the Officer Panel to call Control Center, however I never completed the call, as the fight began prior to my placing the call.

18. At all times I acted in good faith, within the scope of my authority, and in accordance with my understanding of the statutes, rules and policies governing the Michigan Department of Corrections.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2024.

_____
John Dill
Corrections Officer, MDOC
Carson City Correctional Facility