# Defendant's Exhibit G

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRANDON SCHIEFEL #495212,

    Plaintiff,

v

C/O EVAN BARTON, *et al.*,

    Defendants.

NO. 1:22-cv-1216

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| **Brandon Schiefel #495212**<br>*In Pro Per*<br>**Carson City Correctional Facility**<br>10274 Boyer Road<br>Carson City, MI 48811-9746 | James E. Keathley (P77488)<br>Assistant Attorney General<br>Attorney for MDOC Defendant Barton<br>Michigan Dept of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055 |

## AFFIDAVIT OF AARON J. VROMAN

I, Aaron J. Vroman, being duly sworn, depose and say as follows:

1.    I am presently employed by the Michigan Department of Corrections (MDOC), as a Warden's Administrative Assistant at the Bellamy Creek Correctional Facility, in Ionia, Michigan.

2.    If sworn as a witness, I can testify competently to the facts contained within this affidavit.

3.    I was asked by James Keathley, Assistant Attorney General, to allow prisoner Brandon Schiefel #495212 to view "1200 Unit A – Upper #2-2021-03-24" and "1200_A_UpperTaser" being video footage from an incident which forms the

1

basis of this lawsuit. On 9/26/2024, I allowed Mr. Owens to watch said videos. I was also asked to allow the prisoner to review the video a second time if he requested.

4. I was asked by James Keathley, Assistant Attorney General, to allow prisoner Brandon Schiefel #495212 to have in his possession a pad of paper and a pencil during the time he reviewed the videos and to allow him to keep any notes that he wrote on the paper. I did allow Mr. Schiefel to have both paper and pencil with him in the room during his review of the videos.

5. The documents referenced in this affidavit are records of regularly conducted activity of the Michigan Department of Corrections. The records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters. These documents are kept in the regular course of business of the Michigan Department of Corrections. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

AFFIANT SAYS NOTHING FURTHER.

_____
Aaron J. Vroman
Warden's Administrative Assistant
Bellamy Creek Correctional Facility


Subscribed and sworn to before me, a Notary Public
On the __26__ day of September, 2024
_____

2

Notary Public

_Montcalm_ County, Michigan

My Commission Expires: 2/27/2027