UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON SCHIEFEL #495212,

    Plaintiff,

v

C/O EVAN BARTON, *et al.*,

    Defendants.

NO. 1:22-cv-1216

MAG. PHILLIP J. GREEN

| | |
|---|---|
| Brandon Schiefel #495212<br>*In Pro Per*<br>Bellamy Creek Correctional Facility<br>1727 W Bluewater Hwy<br>Ionia, MI 48846<br>*Current address per OTIS* | James E. Keathley (P77488)<br>Assistant Attorney General<br>Attorney for MDOC Defendant Barton<br>Michigan Dept of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055 |

_____/

### ERRATA TO EXHIBIT ATTACHED TO DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Evan Barton, by counsel, submit the following errata to replace the following Exhibit which was attached to his Motion for Summary Judgment (ECF No. 25):

Exhibit E    - Critical Incident Report (redacted)

                                            Respectfully submitted,

                                             */s/James Keathley*
                                            James Keathley (P77488)
                                            Assistant Attorney General
                                            Attorney for MDOC Defendant
                                            Corrections Division

Dated: September 27, 2024           keathleyj@michigan.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and placed same in U.S. mail to the following non-ECF participant:

Brandon Schiefel #495212
Bellamy Creek Correctional Facility
1727 W Bluewater Hwy
Ionia, MI 48846

                           */s/James Keathley*
                           James Keathley (P77488)
                           Assistant Attorney General
                           Attorney for MDOC Defendant
                           Corrections Division