# Defendant's Exhibit E

MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C    Page 1 of 16

# Critical Incident Report

CAJ-570

| | | | |
|---|---|---|---|
| Institution: | Carson City | Type of Incident: | Use of Force |
| Incident Number: | DRF-66-2021-C | Category: | Prisoner |
| Security Level: | I, II, IV | Level of Prisoner(s) Involved: | IV |
| Incident Date: | 3 /24/2021 | Main Location: | Housing |
| Time: | 19:02 | Specific Location: | 1200 unit cell 18 |
| Shift: | 2nd | | |

*Deputy Warden James Schiebner*

While making a round in 1200 unit Corrections Officer Evan Barton heard loud thuds in cell 12-18. When Officer Barton looked in cell 12-18 he observed prisoners Brandon Schiefel 495212 and Robert Taylor ▮ inside the cell fighting. Officer Barton called for staff assistance via his mobile radio. Officer Barton keyed the cell door open and gave loud verbal commands to stop fighting. The prisoners ignored the orders. Officer Barton drew his Electronic Control Device (ECD) #62 and deployed one cartridge toward the prisoners as they were rolling on the ground punching one another in the head and body. One of the ECD probes struck prisoner Schiefel in the back of the head and the other probe struck prisoner Taylor in the right shin. The ECD deployment was effective. Both prisoners immediately stopped fighting and followed staff direction.

Corrections Officer John Dill, Hunter Tobey, and Taylor Morse all responded. Officer Dill placed prisoner Taylor into handcuffs. Officer Morse and Corrections Officer Cody Fidler escorted prisoner Taylor to Segregation.

Officer Tobey placed prisoner Schiefel into handcuffs. Corrections Officers Erik Schafer and Richard Tank escorted prisoner Schiefel to Segregation.

Once in Segregation both prisoners were evaluated by Registered Nurse Reuben Babbitt. RN Babbitt removed ECD probes from both prisoners. Neither prisoner had any injuries.

Both prisoners were interviewed. They stated that the fight stemmed from a previous altercation they had while locking in another unit together. The two prisoners were new cell mates as of today, 3/24/2021.

Both prisoners were issued misconducts for Fighting. Schiefel was placed in 1200 unit on Non-Bond Confined to Cell status. Prisoner Taylor was placed in 500 unit on Non-Bond Confined to Cell status.

No prisoner or staff injuries were observed.

ECD and facility video were downloaded.

Universal precautions were used.

MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C     Page 2 of 16

# Critical Incident Report

CAJ-570

| **Death** | **Self Injury** | **Disturbance** | **Offender Control** | **Major Physical** |
|---|---|---|---|---|
| ☐ Homicide | ☐ Attempted Drug Overdose | ☐ Riot/Strike/Demonstration | ☑ Staff Use of Force | ☐ Security System |
| ☐ Suicide | | ☐ Attmpt Riot/Strike/Demonstratio | | ☐ Electrical |
| ☐ Drug Overdose | ☐ Cutting | ☐ Hostage Taking | **Medical Emergency** | ☐ Heat |
| | ☐ Hanging | ☐ Attmpt Hostage Taking | ☐ Staff Medical Emergency | ☐ Water, Sewage |
| ☐ Natural Causes | Other Self Injury | | ☐ Prisoner Medical Emergency | ☐ Structural |
| ☐ Accidental | | **Escape** | | ☐ Fire |
| Other Death: | | | Escaped From | Other |
| | | ☐ Escape           0 | | |
| | | ☐ Attempt Escape   0 | | |

| **Miscellaneous** | **Sexual Misconduct** | | **Assault** | | |
|---|---|---|---|---|---|
| ☐ Fire, Explosion, Natural Disaster | ☐ Inmate on Inmate Non-Consensual | | Victim | | Perpetrator |
| ☐ Accident | ☐ Inmate on Inmate Abusive Sexual Contact | | ☐ Staff      0 | | ☐ Staff        0 |
| ☐ Staff w/Misdemeanor | ☐ Staff Sexual Misconduct | | ☐ Offender   0 | | ☐ Offender     0 |
| ☐ Staff w/Felony | ☐ Staff Sexual Harassment | | ☐ Vis/Civilian  0 | | ☐ Vis/Civilian 0 |
| ☐ Civilian w/Misdemeanor | | | | | ☐ Weapon Used |
| ☐ Civilian w/Felony | | | | | ☐ Under18 |
| ☑ ECD Used | | | | | |
| ☐ PCA Used | | | | | |
| Other: | | | | | |

| **Contraband** | **Action Taken** | | **Offender Placed In** |
|---|---|---|---|
| ☐ Cell Phone | ☐ Command/Order | ☐ Gun Squad Dressed | ☐ Segregation |
| ☐ Narcotics | ☐ Contraband Confiscated | ☐ Emergency Count | ☐ Holding Cell |
| ☐ Weapon | ☐ Fire Control Procedure | ☐ Emergency Mobilization | ☐ Direct Observation |
| | ☐ Firearm Drawn | ☑ Offender Interviewed | ☐ Psychiatric Unit |
| | ☐ Firearm Discharged | ☑ Custodial Assistance | ☐ Facility Hospital |
| **Referrd To** | | ☑ Medical Asst. Facility | ☐ Civilian Hospital Admitted |
| ☑ Facility Inspector | ☐ Chemical Agent Used | ☐ Medical Asst. Civilian Hosp. | ☑ Own cell/Room/Dorm |
| ☐ BHCS Medical | | ☐ Crime Screen Secured | |
| ☐ Mental Health | ☐ Restraints Used | ☐ ERT Acivation | |
| ☐ Internal Affairs | ☑ Shakedown/Search | ☐ ERT Deployed | |
| ☐ MSP | ☐ Suicide Implements Taken | ☐ Hazardous Weather | |
| | ☑ Supervisor Notified | Other Action: | |

| **Final Disposition** | **Cause / Contributing Factors** | |
|---|---|---|
| ☐ Count Taken Housing Unit | ☐ Sexual Behavior - Aggressive/Predatory | ☐ Offender Reaction Parole Board Decision |
| ☐ Employee to Civilian Hosp. | ☐ Sexual Behavior - Passive Consensual | ☐ Offender Extortion/Strong-arming |
| ☐ Contraband / Evidence Box | ☐ Racial Conflict | ☐ External Factors |
| ☐ Offender into Custody | ☑ Offender/Offender Conflict | ☐ None Apparent |
| ☐ Recommend Invest. Employee | ☐ Offender Staff/Conflict | ☐ Cell Mate |
| ☑ Offender Transferred | ☐ Offender Reaction to Disciplinary Action | ☐ Other |
| ☑ Misconduct Written | | Other Cause: |
| ☐ Media Attention Occurred | | |
| Other Final Disposition | | |

MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C    Page 3 of 16

# Critical Incident Report

CAJ-570

## Offender

| | | |
|---|---|---|
| Number: 495212 | STG  Statement  Predator | Restraints |
| Last Name: SCHIEFEL | ☐       ☐       ☐ | 1 Handcuffs |
| First Name: BRANDON | Commitment Date: 4/18/2019 1:38:00 PM | 2 |
| Role in Incident: | P.B. Jurisdiction Date: 9/5/2023 | 3 |
| Lock: 1200-018T | Maximum Date: 9/5/2028 | 4 |
| Date of Birth: 5/3/1994 | Confinement Level: 1 | 5 |
| Race: Black or African | Management Level: 4 | |
| Gender: Male | Crime Code: Weapons- Firearm, Discharge Toward a Building | |
| Religion: | | |

Assaulted: ☐           Misconduct

Assault Category:           1 014* Fighting

Review Electronic Messages: ☐    2

Review Phone Calls: ☐    3

STG Information:

| | | |
|---|---|---|
| Number: ███ | STG  Statement  Predator | Restraints |
| Last Name: TAYLOR | ☐       ☐       ☐ | 1 Handcuffs |
| First Name: ROBERT | Commitment Date: ███ | 2 |
| Role in Incident: | P.B. Jurisdiction Date: ███ | 3 |
| Lock: Detention-016 | Maximum Date: ███ | 4 |
| Date of Birth: ███ | Confinement Level: 2 | 5 |
| Race: White | Management Level: 4 | |
| Gender: Male | Crime Code: ███ | |
| Religion: Native America | | |

Assaulted: ☐           Misconduct

Assault Category:           1 014* Fighting

Review Electronic Messages: ☐    2

Review Phone Calls: ☐    3

STG Information:

## Staff

| HRMN | Last Name | First Name | Job Classification | Assault Category | Statement |
|---|---|---|---|---|---|
| ███ | BABBITT | REUBEN | Registered Nurse | | ☑ |
| | BARTON | EVAN | Corrections Officer | | ☑ |
| | DILL | JOHN | Corrections Officer | | ☑ |
| | FIDLER | CODY | Corrections Officer | | ☑ |
| | MORSE | TAYLOR | Corrections Officer | | ☑ |
| | SCHAFER | ERIK | Corrections Officer | | ☑ |

MICHIGAN DEPARTMENT OF CORRECTIONS                    DRF-66-2021-C          Page 4 of 16

# Critical Incident Report                                                    CAJ-570

## Staff

| HRMN | Last Name | First Name | Job Classification | Assault Category | Statement |
|------|-----------|-----------|--------------------|------------------|-----------|
|  | TANK | RICHARD | Corrections Officer |  | ☑ |
|  | TOBEY | HUNTER | Corrections Officer |  | ☑ |

## Author

| HRMN | Last Name | First Name | Position | Date | Time |
|------|-----------|-----------|----------|------|------|
|  | ADAM | DEWALD | Captain | 3/24/2021 | 19:43 |

Signature: _____    Date: 3/24/21

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C          Page 5 of 16

CAJ-570

## Documents



### BIOGRAPHICAL INFORMATION



**BRANDON LEE SCHIEFEL**
Image Date:                                    4/18/2019

| | |
|---|---|
| MDOC Number: | 495212 |
| SID Number: | 2417516X |
| Name: | BRANDON LEE SCHIEFEL |
| Racial Identification: | Black |
| Gender: | Male |
| Hair: | Black |
| Eyes: | Brown |
| Height: | 5' 10" |
| Weight: | 165 lbs. |
| Date of Birth: | 05/03/1994 (26) |

### MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 09/05/2023 |
| Assigned Location: | Carson City Correctional Facility | Maximum Discharge Date: | 09/05/2028 |
| Security Level: | IV | | |

### MARKS, SCARS & TATTOOS

Tattoo- Arm

Tattoo- Bicep

Tattoo- Chest

Tattoo- Neck

Tattoo- Shoulder

### ALIASES

None

### PRISON SENTENCES

#### ACTIVE

Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Weapons- Firearm, Discharge Toward a Building | Minimum Sentence: | 5 years 0 months 0 days |
| MCL#: | 750.234B | Maximum Sentence: | 10 years 0 months |
| Court File#: | 18057369-FC-M | Date of Offense: | 08/28/2018 |
| County: | Marquette | Date of Sentence: | 04/18/2019 |
| Conviction Type: | Plea | | |

#### INACTIVE

None

### PROBATION SENTENCES

MICHIGAN DEPARTMENT OF CORRECTIONS

## Critical Incident Report

**ACTIVE**

None

**INACTIVE**

None

## SUPERVISION CONDITIONS

None

Copyright © 2001-2021 State of Michigan

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C      Page 7 of 16

CAJ-570



Michigan.gov Home    Contact MDOC  |   OTIS Help  |    MDOC's Most Wanted  |   Glossary  |   Disclaimer  |   MDOC Home

## BIOGRAPHICAL INFORMATION



**ROBERT LEE TAYLOR**
Image Date:



MDOC Number:
SID Number:
Name:                    **ROBERT LEE TAYLOR**
Racial Identification:   **White**
Gender:                  **Male**
Hair:                    **Black**
Eyes:                    **Brown**
Height:                  **5' 7"**
Weight:                  **195 lbs**
Date of Birth:

1/4/2019

## MDOC STATUS

Current Status:          Prisoner
Assigned Location:       Carson City Correctional Facility
Security Level:          IV

Earliest Release Date:
Maximum Discharge Date:



### MARKS, SCARS & TATTOOS

Scar- Lower Right Calf - Large scar -
outside of right calf.

### ALIASES

None

### PRISON SENTENCES

#### ACTIVE



#### INACTIVE

MICHIGAN DEPARTMENT OF CORRECTIONS

## Critical Incident Report

DRF-66-2021-C      Page 8 of 16

CAJ-570



### PROBATION SENTENCES

**ACTIVE**

None

**INACTIVE**

None

### SUPERVISION CONDITIONS

None

Copyright © 2001-2021 State of Michigan

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report



MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report



MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C     Page 11 of 16

# Critical Incident Report

CAJ-570



MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report



MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C    Page 13 of 16

CAJ-570

---

MICHIGAN DEPARTMENT OF CORRECTIONS

## MISCONDUCT REPORT

CSJ-228
10/10   4835-3228

| Prisoner Number: 495212 | Prisoner Name: Schiefel | | Facility Code: DRF | Lock: 12-18T | Violation Date: 03/24/2021 |
|---|---|---|---|---|---|

Time and Place of Violation:
1904 1200 Unit Cell 18

Contraband Removal Record Provided to Prisoner?
☐ Yes   Date          ☒ N/A

Misconduct Class:  ☒ I  ☐ II  ☐ III        Charge(s): Fighting

Describe Violation  (If contraband involved, describe in detail, identify any other employee witnesses):
At the above date and approximate time I observed prisoner Schiefel #495212 and prisoner Taylor # ▇▇▇ in 1200 cell 18 fighting. I observed prisoner Schiefel and Taylor throwing closed fist at each others head and neck area. I gave loud verbal commands to stop fighting. At this time they did not. I deployed taser 62 at which time both prisoners stopped fighting and complied. Prisoners did not have staff authorization to be fighting.

Prisoner ID by OTIS and 1200 unit Count Board

| Reporting Staff Member's Name (Print) Barton ▇▇▇ | Reporting Staff Member's Signature *Barton* | Date and Time Written 03/24/~~2017~~ 2021   2021/155 |
|---|---|---|

### REVIEW

Location/Verification/Condition of Evidence:

Elevated to Class I at review:        If "yes", explain reason.
☐ No  ☐ Yes

### COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

Status Pending Hearing:   ☐ Bond    ☒ Segregation    ☒ Confinement to Cell/Room    ☐ Other
Reason if Non-Bond:   ☒ Non-Bond List    ☐ Bond Revoked (must give reason)

Date and Time Given this Status: 3-24-11 2021

Who Notified in Housing Unit of Status: ☒ TOBEY

Hearing Investigator Requested?  ☒ No  ☐ Yes

Witnesses Requested?  ☒ No  ☐ Yes
If yes, list

Relevant Documents Requested?  ☒ No  ☐ Yes
If yes, list

Additional Comments:

Prisoner Waives 24 Hour Notice of Hearing?  ☐ No  ☐ Yes
Hearing Date: 3-26-4

Reviewing Officer's Name (Print ) SGT BARTEN

Reviewing Officer's Signature *B*

Review Date and Time 3-24-21 1030

I have received a copy of this report.  My signature does not necessarily mean that I agree with the report.
☒ Prisoner refused to sign.  Copy given to prisoner.

Prisoner's Signature Refused

Date 3-24-21

### WAIVER OF CLASS II OR III HEARING

I understand I have a right to a hearing.  I waive my right to a hearing and plead guilty to all charges.  I also waive my

Prisoner's Signature                                           Date

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C    Page 14 of 16

CAJ-570

---

MICHIGAN DEPARTMENT OF CORRECTIONS
## MISCONDUCT REPORT

CSJ-228
10/10    4835-3228

| Prisoner Number: | Prisoner Name: Taylor | | Facility Code: DRF | Lock: 12-18B | Violation Date: 03/24/2021 |
|---|---|---|---|---|---|

| Time and Place of Violation: 1904 1200 Unit Cell 18 | Contraband Removal Record Provided to Prisoner? ☐ Yes  Date | ☒ N/A |
|---|---|---|

| Misconduct Class:  ☒ I  ☐ II  ☐ III | Charge(s): Fighting |
|---|---|

Describe Violation: (If contraband involved, describe in detail, identify any other employee witnesses):
At the above date and approximate time I observed prisoner Schiefel #495212 and prisoner Taylor [redacted] in 1200 cell 18 fighting. I observed prisoner Schiefel and Taylor throwing closed fist at each others head and neck area. I gave loud verbal commands to stop fighting. At this time they did not. I deployed taser 62 at which time both prisoners stopped fighting and complied. Prisoners did not have staff authorization to be fighting.

Prisoner ID by OTIS and 1200 Unit Count Board

| Reporting Staff Member's Name (Print) Barton [redacted] | Reporting Staff Member's Signature Barton | Date and Time Written 03/24/2019 - 2021  2018 |
|---|---|---|

### REVIEW

Location/Verification/Condition of Evidence:

Elevated to Class I at review:    If 'yes', explain reason:
☐ No  ☐ Yes

### COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

| Status Pending Hearing: ☐ Bond  ☒ Segregation  ☒ Confinement to Cell/Room  ☐ Other  Reason if Non-Bond: ☒ Non-Bond List  ☐ Bond Revoked (must give reason) |
|---|

| Date and Time Given this Status: 2035 2045 | Who Notified in Housing Unit of Status: C/O  OLMSTEAD |
|---|---|

| Hearing Investigator Requested?  ☐ No  ☒ Yes | Witnesses Requested?  ☒ No  ☐ Yes  If yes, list: |
|---|---|

| Relevant Documents Requested?  ☒ No  ☐ Yes  If yes, list: | |
|---|---|

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing?  ☒ No  ☐ Yes  Hearing Date: |
|---|---|

| Reviewing Officer's Name (Print) [signature] BANSE | Reviewing Officer's Signature | Review Date and Time 2044  3-24-21  2034 |
|---|---|---|

| I have received a copy of this report. My signature does not necessarily mean that I agree with the report. ☒ Prisoner refused to sign. Copy given to prisoner. | Prisoner's Signature Refused | Date 3-24-21 |
|---|---|---|

### WAIVER OF CLASS II OR III HEARING

| I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my | Prisoner's Signature | Date |
|---|---|---|

MICHIGAN DEPARTMENT OF CORRECTIONS

DRF-66-2021-C    Page 15 of 16

## Critical Incident Report

CAJ-570

---

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER INJURY REPORT**

4835-3156
CSJ-156
REV. 05/19

| Prisoner Name Taylor | Number | Facility DRF | Lock 12T18 | Date 3/24/2021 | | Time 19:02 | ☐ AM ☒ PM |
|---|---|---|---|---|---|---|---|
| Location Where Injury Occurred 1200 unit cell 18 | | During  ☐ Free Time  ☐ Recreation  ☐ Work  ☐ School  ☒ Other | | | | | |

NOTE This report is to include **ALL INJURIES** and must be completed at the time the injury occurs. All sections of the form must be completed. (Shift command is to be notified immediately, if there is indication that the injury is the result of a fight or assault.)

**Prisoner Section**

Statement of Injured Prisoner *(if possible)*
Refused to provide a statement

Signature of Injured Prisoner *(if possible)*   *N/A*   Date 3/24/2021

**Reporting Staff/Assigned Supervisor Section**

Cause of Injury   ☐ Accident   ☐ Self-Inflicted   ☒ Fight   ☐ Assault   ☐ Sexual Assault
☐ Other *(Explain)*

Statement of Reporting Staff
*(Description of what occurred, and any treatment provided, attach additional pages if necessary)*
ECD Probe removed from right shin following a fight in 1200 unit that required ECD deployment.

1. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☒ Other
2. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☐ Other

Name(s) of Witnesses
*(Attach signed statements)*

Front
Right  Left

Back
Left  Right

Side
Right

Side
Left

Circle Location of Injury
*(If more than one, number each circled injury)*

| Name (Last, First) | | Employee/Prisoner | Prisoner Number |
|---|---|---|---|
| 1. | | ☐  /  ☐ | |
| 2. | | ☐  /  ☐ | |
| 3. | | ☐  /  ☐ | |

| Name of Reporting Staff (Print) Dewald, A | Title Capt. | Signature | Date 3/24/2021 |
|---|---|---|---|

**Health Care Section**

Treatment Location  ☐ Scene of Injury  ☐ Health Care Services  ☐ Hospital/Off-Site  ☐ Other

Description of Injuries and Treatment/Aid Administered  ☐ None Required  ☐ Prisoner Refused Medical Treatment
RN to Segregation to remove taser probe from inmate Taylor ███ One probe located in inmates' right shin, was removed using universal precautions per MDOC policy. No obvious trauma to inmate right lower extremities.

| Name of MDOC Health Care Provider (Print) RN R. Babbitt | Title RN | Signature RN Babbitt | Date 3/24/2021 |
|---|---|---|---|

**ATTACHMENTS**   ☐ Injured Prisoner Statement   ☐ Staff Witness Statement(s)   ☐ Prisoner Witness Statement(s)   ☐ Misconduct Report
☐ Photograph(s)   ☐ Plan of Correction

**DISTRIBUTION**   *(Attach an additional copy to any completed Critical Incident Reports)*
☐ Warden/Administrator   ☐ Record Office   ☐ Health Services
☐ Assignment Supervisor *(If injury occurred on assignment)*
☐ Safety Committee *(Except for recreational injuries, sports, fights, assaults, etc.)*

MICHIGAN DEPARTMENT OF CORRECTIONS

# Critical Incident Report

DRF-66-2021-C    Page 16 of 16

CAJ-570

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER INJURY REPORT**

4835-3156
CSJ-156
REV. 05/19

| Prisoner Name Schiefel | Number 495212 | Facility DRF | Lock 12-18 | Date 3/24/2021 | Time 19:02 | ☐ AM ☒ PM |
|---|---|---|---|---|---|---|

| Location Where Injury Occurred 1200 unit cell 18 | During ☐ Free Time  ☐ Recreation  ☐ Work  ☐ School  ☒ Other |
|---|---|

**NOTE** This report is to include ALL INJURIES and must be completed at the time the injury occurs.  All sections of the form must be completed. (Shift command is to be notified immediately, if there is indication that the injury is the result of a fight or assault.)

**Prisoner Section**

Statement of Injured Prisoner *(If possible)*
Refused to provide a statement

| Signature of Injured Prisoner *(If possible)* | N/A | Date 3/24/2021 |
|---|---|---|

**Reporting Staff/Assigned Supervisor Section**

| Cause of Injury | ☐ Accident  ☐ Self-Inflicted  ☒ Fight  ☐ Assault  ☐ Sexual Assault ☐ Other *(Explain)* |
|---|---|

Statement of Reporting Staff
*(Description of what occurred, and any treatment provided, attach additional pages if necessary)*
ECD Probe removed from back of head following a fight in 1200 unit.

1. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☒ Other
2. ☐ Bruise  ☐ Puncture  ☐ Fracture  ☐ Laceration  ☐ Other

Name(s) of Witnesses
*(Attach signed statements)*

Circle Location of Injury
*(If more than one, number each circled injury)*
Front Right Left    Back Left Right    Side Right    Side Left

| Name (Last, First) | Employee/Prisoner | Prisoner Number |
|---|---|---|
| 1. | ☐ / ☐ | |
| 2. | ☐ / ☐ | |
| 3. | ☐ / ☐ | |

| Name of Reporting Staff (Print) Dewald, A | Title Capt. | Signature | Date 3/24/2021 |
|---|---|---|---|

**Health Care Section**

| Treatment Location ☐ Scene of Injury  ☐ Health Care Services  ☐ Hospital/Off-Site ☒ Other  Seg. |
|---|

Description of Injuries and Treatment/Aid Administered  ☐ None Required  ☐ Prisoner Refused Medical Treatment
RN to Segregation to remove taser probe from inmate Schiefel 495212. One probe located in back of inmates head was removed using universal precautions per MDOC policy. No obvious trauma to back of inmate's head.

| Name of MDOC Health Care Provider (Print) RN R. Babbitt | Title RN | Signature RN Babbitt | Date 3/24/2021 |
|---|---|---|---|

**ATTACHMENTS**   ☐ Injured Prisoner Statement  ☐ Staff Witness Statement(s)  ☐ Prisoner Witness Statement(s)  ☐ Misconduct Report
☐ Photograph(s)  ☐ Plan of Correction

**DISTRIBUTION**   (Attach an additional copy to any completed Critical Incident Reports)
☐ Warden/Administrator  ☐ Record Office  ☐ Health Services
☐ Assignment Supervisor (If injury occurred on assignment)
☐ Safety Committee (Except for recreational injuries, sports, fights, assaults, etc.

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

## CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: BABBITT

First Name: REUBEN

HRMN: ▮

Job Classification: Registered Nurse

Report Date: 3 - 24 - 21

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

RN to Segregation to remove taser probe from inmate Schiefel 495212. One probe located in back of inmates head was removed using universal precautions per MDOC policy. No obvious trauma to back of inmate's head.

RN to Segregation to remove taser probe from inmate Taylor ▮ One probe located in inmates' right shin, was removed using universal precautions per MDOC policy. No obvious trauma to inmate right lower extremities.

### Description of Injuries

Reporting Participant Signature: _____   Date: 3 -24-21

REUBEN BABBITT

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

| | | | |
|---|---|---|---|
| Last Name: | BARTON | Incident Number: | DRF-66-2021-C |
| First Name: | EVAN | Date of Incident: | 3 /24/2021 |
| HRMN: | ▮ | Time: | 7:02:00 PM |
| Job Classification: | Corrections Officer | Location of Incident: | Housing |
| Report Date: | 3/24/2021 | | |
| User Name: | dewalda | Assault Category: | |
| Employee Request to press charges ☐ | | Assault Victim ☐ | |

### Incident Description

At 1904 while passing mail on 1200 A-Upper. I observed Prisoner Schiefel #495212 and Prisoner Taylor ▮ exchanging closed fists to the head and neck area in cell 18. I opened cell 18 and gave loud verbal commands to stop fighting. At which neither prisoner complied. I then deployed ECD 62 and at which time both prisoners complied and stopped fighting. No prisoner or staff injuries were observed. Universal precautions were used.

### Description of Injuries

Reporting Participant Signature: *Evan Barton*        Date: 3/24/2021

EVAN BARTON

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

## CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: DILL

First Name: JOHN

HRMN: ▮▮▮▮▮

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

### Incident Description

I responded to fight in 1200 A-upper cell 18.  When I got to the fight I had Prisoner Taylor ▮▮▮▮▮ get off the floor and exit the cell and cuffed him up.  Handed him off to two other officers to be escorted out.  Universal precautions were used as time permitted. I did not observe any staff injuries or prisoner injuries.

### Description of Injuries

Reporting Participant Signature: _____    Date: *3-24-21*

JOHN DILL

## CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: FIDLER

First Name: CODY

HRMN:

Job Classification: Corrections Officer

Report Date: 3-24-21

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

**Incident Description**

While responding to a fight called in 1200-unit A-Upper, I escorted inmate Taylor ▮▮▮ by his right arm to segregation where he was placed into the south segregation shower. Universal precautions were used, and no inmate or officer injuries were observed.

**Description of Injuries**

Reporting Participant Signature: _C. Fidler_          Date: 3 - 24-21

CODY FIDLER

MICHIGAN DEPARTMENT OF CORRECTIONS                                                    CAJ-571
## CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: MORSE                                   Incident Number: DRF-66-2021-C

First Name: TAYLOR                                  Date of Incident: 3 /24/2021

HRMN: ▮▮▮▮                                                    Time: 7:02:00 PM

Job Classification: Corrections Officer          Location of Incident: Housing

Report Date: *3-24-21*

User Name:                                                 Assault Category:

Employee Request to press charges ☐           Assault Victim ☐

**Incident Description**

I responded to 1200 after a fight was called and when I got there I helped escort prisoner Taylor ▮▮▮ to segregation south shower. Universal precautions were taken. No staff or prisoner injuries were witnessed.

**Description of Injuries**

Reporting Participant Signature: *Taylor morse*  Date: *3-24-21*

TAYLOR MORSE

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-571

## CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: SCHAFER

First Name: ERIK

HRMN: ███

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

**Incident Description**

I responded to radio traffic for a fight in 1200 unit A-upper. Upon arriving in 1200 unit A-upper, I helped escort inmate Schiefel #495212 with officer Tank to segregation north shower with no incident.  Universal precautions were used at all times and no known injuries to staff or inmate.

**Description of Injuries**

Reporting Participant Signature: *[signature]*        Date: *3-24-21*

ERIK SCHAFER

MICHIGAN DEPARTMENT OF CORRECTIONS                                               CAJ-571

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: TANK

First Name: RICHARD

HRMN: █████

Job Classification: Corrections Officer

Report Date: 3/24/2021

User Name: dewalda

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

**Incident Description**

I responded to a fight in 1200 unit. When I arrived I helped Officer Schafer escort prisoner Schiefel to segregation without incident. I used universal precautions. I did not observe any prisoner or staff injuries.

**Description of Injuries**

Reporting Participant Signature: _R. Tank_ _____    Date: 3/24/2021

RICHARD TANK

CAJ-571

MICHIGAN DEPARTMENT OF CORRECTIONS

# CRITICAL INCIDENT PARTICIPANT REPORT

Last Name: TOBEY

First Name: HUNTER

HRMN: ███████

Job Classification: Corrections Officer

Report Date: *3-24-21*

User Name:

Employee Request to press charges ☐

Incident Number: DRF-66-2021-C

Date of Incident: 3 /24/2021

Time: 7:02:00 PM

Location of Incident: Housing

Assault Category:

Assault Victim ☐

**Incident Description**

At approximately 1904 I responded to a fight called on A-upper in 1200 unit, Upon arriving to cell 18 I saw inmate Taylor ███████ and inmate Schiefel #495212 on the ground, I ordered inmate Schiefel to put his hands behind his back and then placed him in restraints.  Inmate Schiefel was then escorted to segregation. No staff or prisoner injuries were observed.

**Description of Injuries**

Reporting Participant Signature: _____   Date: *3-24-21*

HUNTER TOBEY