# Index of exhibits

Exhibit A  Schiefel Deposition excerpts

Exhibit B  Adams Declaration

Exhibit C  Glenn Declaration

Exhibit D  Williams Declaration

Exhibit E  Barton Declaration

Exhibit F  Barton critical incident report

Exhibit G  Schiefel Declaration