Plaintiff's Exhibit A — Schiefer Deposition excerpts

```
 1                   UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF MICHIGAN

 3                          SOUTHERN DIVISION

 4   BRANDON SCHIEFEL #495212,

 5         Plaintiff,

 6   v                                   File No. 1:22-cv-1216

 7                                       MAG. PHILLIP J. GREEN
     C/O EVAN BARTON, et al.,
 8
           Defendants.
 9

10

11        VIDEOCONFERENCE DEPOSITION OF BRANDON SCHIEFEL #495212

12        Taken by the Defendants on the 7th day of August, 2024, at

13        Carson City, Michigan, at 10:11 a.m.

14

15   RECORDED BY:              Amy Garrett, CER 9490
                               Certified Electronic Recorder
16                             Esquire Deposition Solutions
                               Firm Registration Number 8035
17

18

19

20

21

22

23

24

25
```



| BRANDON SCHIEFEL | August 07, 2024 |
|---|---|
| BRANDON SCHIEFEL vs EVAN BARTON | 2 |

```
 1   APPEARANCES:

 2   In Pro Per:            BRANDON SCHIEFEL #495212
                            Carson City Correctional Facility
 3                          10274 Boyer Road
                            Carson City, Michigan 48811
 4

 5   For the Defendant:     JAMES ELDEN KEATHLEY, ESQ. (P77488)
                            Assistant Attorney General
 6                          Michigan Attorney General - MDOC
                            Division
 7                          PO Box 30217
                            Lansing, Michigan 48909
 8                          (517) 335-3055
                            keathleyj@michigan.gov
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Case 1:22-cv-01216-HYJ-PJG    ECF No. 29-2,  PageID.208    Filed 12/02/24    Page 4 of 15
Case 1:22-cv-01216-HYJ-PJG    ECF No. 25-2,  PageID.103    Filed 09/26/24    Page 4 of 14

BRANDON SCHIEFEL                                              August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                              3

```
                        TABLE OF CONTENTS

                                                              PAGE

Examination by Mr. Keathley                                      5


                          EXHIBIT INDEX

DEPOSITION           DESCRIPTION                              PAGE

(no exhibits marked)
```



800.211.DEPO (3376)
EsquireSolutions.com

| BRANDON SCHIEFEL | August 07, 2024 |
|---|---|
| BRANDON SCHIEFEL vs EVAN BARTON | 4 |

```
 1            Via Videoconference - Carson City, Michigan
 2            Wednesday, August 7, 2024 - 10:11 a.m.
 3            THE REPORTER:  We are now on the record at 10:11
 4   a.m. on August 7th, 2024, to take the deposition of Brandon
 5   Schiefel in the case Brandon Schiefel, #495212 versus C/O
 6   Evan Barton, et al.  My name is Amy Garrett, Notary Public
 7   and Digital Reporter for Esquire Deposition Solutions in the
 8   State of Michigan.
 9            I will be capturing the verbatim record of today's
10   proceeding using electronic audio equipment, a computer, and
11   specialized recording software, which is not a form of
12   stenography.
13            The witness is located in Carson City, Michigan,
14   and the facility has confirmed his identity.
15            Will counsel in attendance please identify
16   yourselves for the record and state who you represent.
17            MR. KEATHLEY:  Good morning, Assistant Attorney
18   General James Keathley appearing on behalf of defendants.
19            THE REPORTER:  Thank you, Counsel.  Absent any
20   objection at this time, counsel and the witness agree to my
21   remote administration of the oath to this witness and that
22   the final transcript may be used for all purposes allowed by
23   the Michigan Court rules.
24            Hearing no objection, this shall constitute
25   agreement and stipulation of such, and I will now swear in
```



| | | |
|---|---|---|
| BRANDON SCHIEFEL | | August 07, 2024 |
| BRANDON SCHIEFEL vs EVAN BARTON | | 5 |

```
 1      the witness.  Mr. Schiefel, would you raise your right hand
 2      for me, please?
 3              Do you swear or affirm that the testimony you
 4      shall give will be the truth, the whole truth, and nothing
 5      but the truth?
 6              MR. SCHIEFEL:  I swear.
 7              THE REPORTER:  Thank you.  You can lower your
 8      hand.  Go ahead, Mr. Keathley.
 9                          BRANDON SCHIEFEL
10         having been called by the Defendants and sworn:
11                            EXAMINATION
12   BY MR. KEATHLEY:
13   Q   Thank you very much.  So, as indicated, we're here on your
14       lawsuit, Mr. Schiefel.  My name is James Keathley, I'm an
15       Assistant Attorney General.  I'm representing the defendants
16       in this matter.  As I understand it, at this point we're
17       down to just the two C/O defendants.  Is that your
18       understanding as well?
19   A   Should be just one, Mr. Barton.
20   Q   Is it just one?  Well, that's fine.  I'd have to take
21       another look over the screening opinion.  So, Mr.
22       Schiefel --
23   A   Yeah.
24   Q   -- let me just give you a little bit of a rundown of what it
25       is we're going to do today.  This is a deposition.  It's my
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:22-cv-01216-HYJ-PJG    ECF No. 29-2,   PageID.211    Filed 12/02/24    Page 7 of 15
Case 1:22-cv-01216-HYJ-PJG    ECF No. 25-2,   PageID.106    Filed 09/26/24    Page 7 of 14

BRANDON SCHIEFEL                                              August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                            15

```
 1   A    Yep.
 2   Q    Do you remember the names of anybody that you spoke to about
 3        that?
 4   A    It would have been -- at that time, the counselor of 500
 5        unit.  They've had so many different counselors in there.  I
 6        want to say that it was Nesbitt or Miller.
 7   Q    And that's the name of the counselor?
 8   A    That's two different -- because they've had -- over the
 9        years, they've had plenty of exchanges and they're
10        constantly moving people around.  So it's hard to remember
11        exactly who I spoke to in regards to that incident.
12   Q    Okay.
13   A    I spoke to several people, sergeants, lieutenants.
14   Q    But Nesbitt or Miller are counselors; right?
15   A    Yeah.  Those are the two main people who would -- sorry.
16   Q    No, it's all right.  I -- I jumped in there.  Or at least
17        they were counselors at that time?
18   A    Yeah.  And then they're the people who would be in charge
19        of, say, moving somebody for that particular reason.
20   Q    Okay.  So when did you actually go into protective custody?
21   A    About the end of February, middle of February.  I was in
22        protective custody for approximately a month until they
23        moved me out.
24   Q    Okay.  So fight happens December 8th.  Is it -- you returned
25        to the unit on the same date?
```



Case 1:22-cv-01216-HYJ-PJG  ECF No. 29-2,  PageID.212   Filed 12/02/24   Page 8 of 15
Case 1:22-cv-01216-HYJ-PJG  ECF No. 25-2,  PageID.107   Filed 09/26/24   Page 8 of 14

BRANDON SCHIEFEL                                              August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                            16

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay.  And then from there did you -- did you get any time |
| 3 | | in ad seg or anything?  Or was it -- |
| 4 | A | No, there's not really -- not at this facility.  They don't |
| 5 | | have the room to house people in segregation like that.  So |
| 6 | | you're typically right back out in the same room. |
| 7 | Q | And then so you remained in the 500 unit until sometime in |
| 8 | | February; right? |
| 9 | A | Yep. |
| 10 | Q | And then from there you go into protective custody? |
| 11 | A | Yep. |
| 12 | Q | Okay.  And if I'm understanding correctly, you come out of |
| 13 | | protective custody on March 4th of '21; is that right? |
| 14 | A | Yep. |
| 15 | Q | And at that point you've been moved out of the 500 unit and |
| 16 | | into the 1200 unit? |
| 17 | A | Yes, 1200 unit is the -- at that time was the designated |
| 18 | | protective custody unit, which is where Barton was working |
| 19 | | as a unit regular officer. |
| 20 | Q | Okay.  Back up for just a minute, here.  So the 1200 unit is |
| 21 | | the protective custody unit? |
| 22 | A | It was at the time.  Now that COVID has cleared up it's just |
| 23 | | a regular unit. |
| 24 | Q | Okay.  So while you were in protective custody, did you have |
| 25 | | a cell mate, or no? |



Case 1:22-cv-01216-HYJ-PJG   ECF No. 29-2,  PageID.213   Filed 12/02/24   Page 9 of 15
Case 1:22-cv-01216-HYJ-PJG   ECF No. 25-2,  PageID.108   Filed 09/26/24   Page 9 of 14

BRANDON SCHIEFEL                                                August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                              17

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay. So I'm trying to understand. You -- okay. I -- I |
| 3 | | understand now. Okay. So 1200 is the protective custody |
| 4 | | unit. And then if I'm understanding your Complaint |
| 5 | | correctly, on March 4th of '21, you came out of protective |
| 6 | | custody; is that right? |
| 7 | A | Yes. |
| 8 | Q | Okay. Now -- but you remained in the 1200 unit; right? |
| 9 | A | Yes. |
| 10 | Q | Okay. And at that point, Barton was just a regular unit |
| 11 | | officer there? |
| 12 | A | Yep. |
| 13 | Q | Okay. So if I'm understanding your Complaint correctly, |
| 14 | | everything is going effectively fine until about March 24th |
| 15 | | of '21; is that right, sir? |
| 16 | A | Yeah. |
| 17 | Q | Okay. Now just -- if you could just step by step explain to |
| 18 | | me what happened on March 24th of '21. |
| 19 | A | Well, I was standing in my doorway having a conversation |
| 20 | | with Mr. Adams. And then the door opened, and I stuck my |
| 21 | | head out. And I seen prisoner Taylor dragging a green |
| 22 | | duffel bag down the hallway. And when he seen I was |
| 23 | | standing there, he said, I'm not going in there. We just |
| 24 | | got into a fight. He set his bag down, walked back up to |
| 25 | | the desk, and I could hear him down there arguing with |



Case 1:22-cv-01216-HYJ-PJG    ECF No. 29-2,  PageID.214    Filed 12/02/24    Page 10
Case 1:22-cv-01216-HYJ-PJG    ECF No. 26-1,  PageID.109    Filed 09/26/24    Page 10 of 14
of 15

BRANDON SCHIEFEL
BRANDON SCHIEFEL vs EVAN BARTON

August 07, 2024
19

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | And that -- that was that entire incident. |
| 3 | Q | Let me just -- I've got a couple questions about some of |
| 4 | | that, here. Okay. So Taylor comes down the hall and you |
| 5 | | see -- you see Taylor coming down the hall with his bag; |
| 6 | | right? |
| 7 | A | Yep. |
| 8 | Q | Okay. And you see him, you recognize him, he recognizes |
| 9 | | you. And immediately it's a -- this isn't going to -- you |
| 10 | | know, can't do this situation; right? |
| 11 | A | Yes, sir. |
| 12 | Q | So he goes back down and he talks to the C/O's and says, I |
| 13 | | can't lock with him, we have conflict. Right? |
| 14 | A | Yes. |
| 15 | Q | Okay. So they of course make him go down to the cell. And |
| 16 | | you're saying that you're informing Barton at that time that |
| 17 | | you and Taylor won't be able to lock together when -- when |
| 18 | | Barton comes down to the cell; right? |
| 19 | A | Yep. |
| 20 | Q | And he actually pulled his taser out and told you to get up |
| 21 | | on the bunk? |
| 22 | A | Yes. |
| 23 | Q | And was -- was pointing his taser at you at that point? |
| 24 | A | He just pulled it out. Grabbed it and said, get on the |
| 25 | | bunk. And I said, all right. |



Case 1:22-cv-01216-HYJ-PJG   ECF No. 29-2,  PageID.215   Filed 12/02/24   Page 11 of 15
Case 1:22-cv-01216-HYJ-PJG   ECF No. 25-2,  PageID.110   Filed 09/26/24   Page 11 of 14

BRANDON SCHIEFEL                                        August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                      21

```
 1        somebody that's threatening, and threatening to stab you,
 2        and you're in the same room with them.
 3    Q   So what is Taylor doing during this period?
 4    A   Just pacing around behind me.
 5    Q   Okay.  So C/O's come back.  They open the door; right?
 6    A   No, they leave the door closed.
 7    Q   Okay.  But you two are -- you're talking to them through the
 8        door?
 9    A   Yep.
10    Q   And you're informing them, this won't work; right?
11    A   We both are.  I even asked to speak with the sergeant.  I
12        said, can we get a sergeant over here?  And they didn't
13        respond to that question.
14    Q   Okay.  Do you know if they called a sergeant?
15    A   I have no idea.
16    Q   Okay.
17    A   I know a sergeant never came and -- until after the fight
18        had happened.
19    Q   Okay.  So you're not saying you know they did not call a
20        sergeant or anything?  You just -- it didn't have a chance
21        to, essentially get that far.  Is that fair?
22    A   That's fair.
23    Q   Because as soon as they walked away, Taylor, you said,
24        sucker punched you.  Right?
25    A   Yes.
```



Case 1:22-cv-01216-HYJ-PJG    ECF No. 29-2, PageID.216    Filed 12/02/24    Page 12
Case 1:22-cv-01216-HYJ-PJG    ECF No. 25-2, PageID.111    Filed 09/26/24    Page 12 of 14

BRANDON SCHIEFEL                                         August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                       23

| | | |
|---|---|---|
| 1 | Q | Okay.  So he hits you, drags you down to the ground.  Right? |
| 2 | A | Yep. |
| 3 | Q | And then he's continuing to hit you, punching you, kicking |
| 4 | | you; right? |
| 5 | A | Yep. |
| 6 | Q | And he's standing over you; right? |
| 7 | A | Yep. |
| 8 | Q | Okay.  And just trying to understand the orientation of |
| 9 | | everybody in -- in this.  Okay?  When you go down to the |
| 10 | | ground, you're facing away from the door?  So feet towards |
| 11 | | the door? |
| 12 | A | Nope.  My feet are towards the bunk.  My back is towards the |
| 13 | | door. |
| 14 | Q | So your back is towards the door.  And, again, you've got |
| 15 | | Taylor standing above you and he -- he's striking at you? |
| 16 | A | Yeah. |
| 17 | Q | And so then C/O Barton responds; right? |
| 18 | A | Yep. |
| 19 | Q | And he opens the door.  Does he say anything when he opens |
| 20 | | the door? |
| 21 | A | I can't hear.  I'm busy being punched and assaulted.  I'm |
| 22 | | not paying attention to what's going on behind me. |
| 23 | Q | Okay.  That's -- that's completely fair.  I was just asking |
| 24 | | if you remember if he said anything.  So you don't know if |
| 25 | | he said, stop fighting, or gave any commands, or anything |



Case 1:22-cv-01216-HYJ-PJG   ECF No. 29-2,  PageID.217   Filed 12/02/24   Page 13 of 15
Case 1:22-cv-01216-HYJ-PJG   ECF No. 25-2,  PageID.112   Filed 09/26/24   Page 13 of 14

BRANDON SCHIEFEL                                                August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                              29

```
1   A    Nope.
2              MR. KEATHLEY:  Well, I think we are all set, then.
3        We can get off the record.
4              THE REPORTER:  Sure.  Before we go off the record,
5        Mr. Keathley, did you want to order a copy of the
6        transcript?
7              MR. KEATHLEY:  Yes, please.
8              THE REPORTER:  Electronic copy?
9              MR. KEATHLEY:  Yes, please.
10             THE REPORTER:  Thank you very much.  We are off
11       the record at 10:56 a.m.
12             (Deposition concluded at 10:56 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Case 1:22-cv-01216-HYJ-PJG   ECF No. 29-2, PageID.218   Filed 12/02/24   Page 14 of 15
Case 1:22-cv-01216-HYJ-PJG   ECF No. 25-4, PageID.113   Filed 09/26/24   Page 14 of 14

BRANDON SCHIEFEL                                                August 07, 2024
BRANDON SCHIEFEL vs EVAN BARTON                                              30

```
 1                         CERTIFICATE
 2
 3
 4        I, Amy Garrett, a Certified Electronic Recorder and
 5   Notary Public within and for the State of Michigan, do
 6   hereby certify:
 7        That this transcript, consisting of 30 pages, is a
 8   complete, true, and correct record of the testimony of
 9   Brandon Schiefel, given in this case on August 7th, 2024,
10   and that the deponent was duly sworn to tell the truth.
11        I further certify that I am not related to any of the
12   parties to this action by blood or marriage; and that I am
13   not interested in the outcome of this matter, financial or
14   otherwise.
15        IN WITNESS THEREOF, I have hereunto set my hand this
16   16th day of August, 2024.
17
18
19
20                      Amy Garrett, CER 9490
                        Notary Public, State of Michigan
21                      County of Oakland
                        My commission expires: 9-22-2025
22
23
24
25
```



# Defendant's Exhibit B