Plaintiff's Exhibit B   Adams Declaration

Pursuant to 28 U.S.C, I declare under penalty of perjury the following is true and correct.

1. I, Austin Adams #800865 was at all times relevant to the following. On 3-24-21 I locked in cell 5 directly across the hall from cell 18 where inmate Schiefel #495212 was housed. I was standing in the door talking to Scheifel when inmate Taylor came to cell 18 with his duffel bag. When Taylor saw Schiefel there he said "I ain't going in there." He sat his bag down and went back to the desk.

2. Schiefel said to me that he "just had a fight with Taylor not long ago so why would you put me in here?" We continued talking for a few minutes until Taylor was saying he did not want to lock in the same cell as Schiefel because it would end in a fight.

3. Schiefel said to Barton "come on man you know we just had a fight you can't put him here". Barton said "it aint my call now back up." Barton then opened the cell door. Schiefel then said "Don't put him

in there it is a safety violation.

4. Barton told Schiefel to get on his bunk or go to seg. Schiefel climbed in his bunk. When he was on his bunk Barton told Taylor to go in the room. Taylor refused and Barton gave Taylor a direct order to go in the room. Taylor complied, the officers walked away.

5. Schiefel and Taylor began arguing right away. Schiefel started hitting the emergency button. A few minutes later officers Barton and Dill came to see what was up.

6. Both Taylor and Schiefel told officers they didn't feel safe in the cell together. Taylor told Barton the lock wasn't going to work and Barton laughed and said "It looks like it's working to me if you aren't fighting." Barton and Dill walked away.

7. At this point I saw Taylor sucker punch Schiefel and wrestle him to the ground. They fell below the window and I couldn't see anything until Barton opened the door to break up the fight. Schiefel was on the ground trying to cover his face and Taylor was standing over him punching him.

8. Barton shoots his taser and hits Schiefel in the back of his head

and Taylor in his thigh. Schiefel appeared unconsious for a few seconds. When he recovered he looked very confused and disoriented.

Austin adam                                    12-23-21

Carson City Correctional
10274 E. Boyer Rd
Carson MI · 48811