Plaintiffs'

Exhibit C Glenn Declaration

I Moses Crum Jr. declare under penalty of perjury that the following is true and correct.

1.) I was at all times relevent to inmate Schiefels claims and was housed in 1200 unit cell 12 on or about 3-24-21 very close to cell 18 where Schiefel was housed.

2.) On 3-24-21 shortly after diner I heard Schiefel and another inmate (Taylor) arguing with officer Barton. Schiefel was expressing his fears and concerns with being housed with Taylor do to their fight that was recent.

3.) Schiefel then proceeded to tell Barton it was a violation of both of their rights to be intentionally placed in a hostile environment. Inmate Taylor was expressing the same concerns.

4.) Officer Barton then stated something along the lines of "Then grieve it like you grieve everything else." Inmate Taylor then said "I'm not going in there, I fear for my safety locking in there." Officer Barton replied "Get in the room I do →

Not care and gave prisoner Taylor a direct order to go into the cell with inmate Schiefel.

5.) After a few minutes went by I heard officer Barton in the hallway again. He stated "It looks like the Lock is working if you aint Fighting." Almost directly after that I heard some loud noises coming from down the hall and the loud pop that I have only heard tasers make.

6.) On 5-10-2021, I recieved mail that was inmate Schiefels. It was stamp dated for 4-14-2021

7.) Inmate Schiefel had come to the fence to see about possible mail that may have came to cell 12 on several occasions because often, officers give the wrong mail to inmates, Especially soon after a move. However no mail had came to my cell of his, until 5-10-2021

Persuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the Forgoing is true and accurate. Further declarent Sayeth Not.

*Myron Glenn*

Myron C. Glenn Jr.
#188376
Carson City Cor. Fac.
10274 Boyer Rd.
Carson City, Mich. 48811

Date: 10-2-2021