Plaintiff's

Exhibit D Williams Declaration

I Quincy Williams 769867 was house in cell 17 right next to cell 18 and was present at all time relevant on 3-24-21.

On 3-24-21 sometime after dinner I heared my neighbor Schiefer and another inmate arguing with an officer about having to be housed together. I got up to see what was going on.

I seen officer Barton with another inmate. That inmate said "I'm not going in there because it will only be a fight if I do." My neighbor was saying about violating Police because they "Know we've already been in a fight."

Barton a directefe order to go in the cell. Then I heard the cell door open. Taylor backed away and said "I refuse to lock here. I seen Barton either reach for his taser or cuffs and give Taylor a direct order to go in the cell. Taylor hesitantly comaied.

Barton walked away. I could hear them arguing. Shortly after Barton came back with officer Dill I hears Barton say "It must be working cuz you ain't fighting." The officers walked away again.

I heard one of them say "one of us gotta go" then I heard banging and yelling. A bunch of guys ended up in the door to watch, then I heard a taser go off. It looked like both guys got tased. I seen a probe coming out of Taylors body and a probe from Schiefers kneck or head.

Officers returned a short while later to pack up Schiefers property and I heard the officer say " atleast he's out of our unit now".

Quincy Williams 769867
Quincy Williams   12/21/21
10274 Boyer Rd   Carson City Mi
48811, Carson City Correctional Facility.

Pesuant to U.S.C. 28 1746 I declare under penalty of perjery that the forgoing is true and correct to the best of my knowledge.