Plaintiffs'

Exhibit G Schiefer Declaration

Declaration in support of opposition to defendants summary judgement motion

I Brandon Schiefer Declares as follows:

1. I am the plaintiff in this case, and currently Incarcerated in the MDOC Bellamy Creek correctional facility.
2. At all times relevant to this matter I was incarcerated at Carson City correctional facility (DRF), in Carson City, Michigan.
3. While incarcerated at DRF while under supervision of Defendant Evan Barton (Barton) I was assaulted by inmate Robert Taylor (Taylor).
4. Prior to this assault I as well as Taylor had informed Defendant Barton of our past fight.
5. I as well as Taylor informed Barton that making us lock together would result in another fight, Barton Deliberately disregarded this and forced us into the cell together.
6. I immediately began to press the emergency button.
7. Officers Barton and Dill responded a few moments later.
8. Taylor and I again told Barton and Dill that we needed separation or a fight would occur.
9. Taylor and I then informed Barton and Dill of our past fight Barton then laughed at us and said "It looks like it's working if you aint fighting yet.", Then walked away.

1

10. At no point did Officer Dill or Barton inform us that a sgt. would be called.
11. Almost immediately after Dill and Barton walked away Taylor began assaulting me.
12. Taylor sucker punched me wrestled me to the ground and began punching me in the head and face.
13. For an unknown period of time I wrestled with Taylor trying to get him off of me at no time did I throw any punches or "exchange blows" with Taylor.
14. Officer Barton finally responds to the fight opens the cell door and at no time issued a command to stop fighting he fired his taser within 2 seconds of opening the door striking me in the head and Taylor in his right shin.
15. At no point was I assaulting Taylor. Upon being tazed Taylor finally fell to the side of me and I fell forward. At this time Taylor is standing at my side punching me and I am on my knees trying to stand up.
16. Barton did not aim for my center mass in accordance with his training. He fired his ~~Taylor~~ taser at my head.
17. At no time did I jerk backwards or try to dodge the taser as I did not know it was coming and cant possibly move that fast.

2

18. Officer Barton specifically told Taylor he fired his taser to get him off of me, but hit me in the head instead.
19. While being transported from segregation back to 1200 unit Officer White informed me that he, Dill, and Barton were at the officers station waiting for the fight to happen.
20. White then said too bad you didnt win.
21. I feared for my safety every day after this incident and continue to fear for my safety.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 10-1-24

3