FILED - GR
May 2, 2025 11:58 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /5/2

TO: Clerk of the court.

From: Brandon Lee Schiefel #495212

Subject: Case # 1:22-CV-01216

I am writing in regards to my current case against MDOC defendant Barton. On or about 1-17-25 I mailed to the courts as well as the defendant a reply brief number 2 for summary judgement. It is 4-25-25 and I have not heard anything back from the courts in regards to my case, I was wondering what was going on with that? Thank you for your time.

Sincerely
Brandon Lee Schiefel #495212

Brandon Schiefer #495-212
Jackson Corr. Facility
3500 N. Elm Rd.
Jackson MI, 49201

United States District Court
Clerk of the Court  Federal
bldg. 110 Michigan NW
Grand Rapids MI, 49503

METROPLEX MI 480
29 APR 2025 PM 16
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 49201 $ 000.69⁰
02 7W
0008038243 APR 28 2025

49503-236399