From: Brandon Schiefer #495212

To: Clerk of Court

Subject: Status of case.

This letter is in regards to case 1:22-CV-1216. I have been in the summary judgement stage of my case since September of 2024, I filed a reply brief in January of 2025 and have not recieved any corespondance since then. I recieved a Docket showing all proceedings done to date on 5-2-2025 but have not recieved anything in regards to whether or not my case survived summary judgement. I am writing in an attempt to recieve an answer on my summary judgement matter please. Thank you for your time.

Brandon Schiefer #495212

FILED - GR
July 14, 2025  3:34pm
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: /m 7/15

Brandon Schaefer #445215
Trobert corr. facility
3500 N. Elm Rd.
Jackson MI 49201

Clerk of the court
U.S. District court
399 federal building 110 michigan
N.W Grand rapids MI 49503-2363