UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE SCHIEFEL,

    Plaintiff,

v.

    Case No. 1:22-cv-1216

    Hon. Hala Y. Jarbou

UNKNOWN BARTON, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 13, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) that Defendant Barton's motion for summary judgment (ECF No. 24) be granted in part and denied in part. (ECF No. 35.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Barton's motion for summary judgment (ECF No. 24) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's Eighth Amendment excessive force claim and state law claims are **DISMISSED**. Plaintiff's Eighth Amendment failure to protect claim survives.

Dated: September 16, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE