UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE SCHIEFEL #495212,

      Plaintiff,                        Case No. 1:22–cv–01216–HYJ–PJG

v.                                     Hon. Hala Y. Jarbou

UNKNOWN BARTON,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Settlement Conference |
| Date/Time: | December 18, 2025   01:30 PM<br>*(previously set for December 4, 2025)* |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | by video |

*The Court will issue a new Writ to the MDOC requesting Plaintiff's appearance.*

                                                          PHILLIP J. GREEN
                                                          U.S. Magistrate Judge

Dated:  December 4, 2025      By:   /s/ Jessica K. Wright
                                                   Judicial Assistant