UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE SCHIEFEL #495212,

      Plaintiff,

Case No. 1:22–cv–01216–HYJ–PJG

v.

Hon. Hala Y. Jarbou

UNKNOWN BARTON,

      Defendant.

_____/

## ORDER

The Court having reviewed the motion to substitute counsel, **IT IS ORDERED** that the motion (ECF No. 54) is **GRANTED** and Attorney Paul Matouka is substituted in place of Attorney Ian Cross as counsel for Plaintiff.

IT IS SO ORDERED.

Dated:  December 22, 2025

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge