UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

BRANDON LEE SCHIEFEL,

    Plaintiff,

v.

UNKNOWN BARTON, et al.,

    Defendants.

_____/

CASE NO. 1:22-cv-1216
DATE: 1/7/2026
TIME: 9:59 AM – 10:20 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Paul Matouka

DEFENDANT(S):
James E. Keathley

**PROCEEDINGS**

NATURE OF HEARING:
Final pretrial conference held; jury trial to commence 2/2/2026 at 9:00 AM.

COURT REPORTER:    Stefanie Pohl              /s/ A. Seymore
                                              CASE MANAGER