UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE SCHIEFEL,

    Plaintiff,

v.

    Case No. 1:22-cv-1216

    Hon. Hala Y. Jarbou

EVAN BARTON,

    Defendant.
_____/

We, the jury, answer the questions submitted as follows:

## LIABILITY

**QUESTION NO. 1:** Did Defendant Evan Barton violate Plaintiff Brandon Schiefel's constitutional rights by failing to protect him from an objectively serious risk to his safety?

**Answer:** ___No___ (yes or no)

*If your answers to Questions 1 is "no," your deliberations are complete and the jury foreman should sign the verdict form and notify the bailiff that deliberations are concluded.*

*If your answer to Question 1 is "yes," then you found for the Plaintiff and should answer the following questions regarding damages.*

## COMPENSATORY DAMAGES

**QUESTION NO. 2:** What amount of damages will fully compensate Plaintiff Schiefel for the damages he suffered as a direct result of Defendant's actions?

**Answer:**
Compensatory damages: $_____

1

*If your answer to Question 2 was "zero," answer Question 3. If your answer to Question 2 was a sum of money greater than "zero," do not answer Question 3 and proceed to Question 4).*

**QUESTION NO. 3:** If you find that the Defendant Barton is liable to Plaintiff Schiefel but also find that Plaintiff has not sustained any compensable damages, then you must return a verdict for Plaintiff for one dollar.

**Answer:** $_____

*The award of a nominal sum in response to Question 3 does not prevent you from awarding punitive damages in such amount as you deem appropriate, if you find that an award of punitive damages is justified. Proceed to Question 4.*

## PUNITIVE DAMAGES

Punitive damages may only be awarded if you find the Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff Schiefel's rights under the United States Constitution.

**QUESTION NO. 4:** Did Defendant Barton act with evil motive or intent, or with reckless and callous indifference in violating Plaintiff's rights?

**Answer:** _____ (yes or no)

*If your answer to Question 4 is "yes," proceed to Question 5. If your answer to Question 4 is "no," your deliberations are concluded.*

**QUESTION NO. 5:** What amount of punitive damages, if any, will punish Defendant and/or serve as an example of warning to others not to engage in such conduct? *(This amount is separate from the amount of compensatory damages which you may award Plaintiff. This amount is to punish the Defendant and/or to warn others not to engage in such conduct.)*

**Answer:**
Punitive damages: $_____

Dated: 2/3/2026

JURY FOREPERSON

2

We can't turn the TV on to look at Video Exhibits on USB Drive

1:22-cv-1216
2/3/2026
11:35am
AMR

Can we find out what the standard procedure is for a corrections officer at Carson City when two inmates don't want to be together.

Please rely on the evidence admitted and the testimony you heard in court.

1:22-cv-1216
2/3/2026
1:45pm
aks

Could we get a clearer definition of deliberate Indifference and negligence with Example

Please rely on the jury instructions you have been provided.

PM
JK

1:22-cv-1216
2/3/2026
2:29pm
aks

We have Reached a Verdict

1:22-cv-1216
2/3/2026
4:21 pm
aks